THE STATE OF OHIO, APPELLEE, *v.* DAVIS, APPELLANT.

[Cite as *State v. Davis,* 99 Ohio St.3d 142, 2003-Ohio-2770.]

(No. 2002–1188—Submitted May 14, 2003—Decided June 11, 2003.)

{¶ 1} The judgment of the court of appeals on the sole proposition of law is affirmed on the authority of *State v. Fisher,* 99 Ohio St.3d 127, 2003-Ohio-2761, 789 N.E.2d 222.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

COOK, J., not participating.

William D. Mason, Cuyahoga County Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and Darin Thompson, Assistant Public Defender, for appellant.